**Karen YODER and Steve Yoder,
Plaintiffs-Appellants,**

v.

**Lisa Marie SPANGLER,
Defendant-Respondent.**

**No. WD 33142.**

Missouri Court of Appeals,
Western District.

Jan. 18, 1983.

Joseph A. Hamilton, Pleasant Hill, for plaintiffs-appellants.

Charles E. Weedman, Jr., and Robert W. Spangler of Crouch, Crouch, Spangler & Douglas, Harrisonville, for defendant-respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

PER CURIAM:

ORDER

Action for damages for alleged negligence. Jury returned its verdict for defendant.

Judgment affirmed. Rule 84.16(b).